IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER L. PASCHALL**                                                                 **PLAINTIFF**

**V.**                                              **CASE NO. 5:22-CV-5126**

**CHIEF OF POLICE FRANK GABLE,**
**Springdale Police Department;**
**CITY OF SPRINGDALE, ARKANSAS;**
**JOHN DOE CUSTODIAN OF THE RECORDS;**
**OFFICER JUSTIN INGRAM;**
**OFFICER CODY ROSS; OFFICER ROBERT STEWART;**
**OFFICER TRAVIS BYERS;**
**JEFF HARPER, City Judge and former Prosecutor;**
**and ATTORNEY MARK FREEMAN**                                      **DEFENDANTS**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons set forth in the Order entered this day, this case is **DISMISSED**.

**IT IS SO ORDERED AND ADJUDGED** on this 20th day of September, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE